# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HADIATOU DIALLO,

    Plaintiff,

v.

PROCOLLECT, INC.,

    Defendant.

Case No. 3:21-cv-03199-N

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that HADIATOU DIALLO ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant, PROCOLLECT, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 8th day of April 2022.

*/s/ Nathan C. Volheim*
Nathan C. Volheim, #6302103
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

1

### CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim